61 A.3d 186

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Inden-
ture Trustee for American Home Mortgage Investment Trust
2007–2, Mortgage Backed Notes, Series 2007–2, Petitioner

v.

Larry TURK a/k/a Larry I. Turk and Patricia Turk
a/k/a Patricia E. Turk, Respondents.

Supreme Court of Pennsylvania.

Jan. 7, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of January, 2013, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED,** and this matter is **REMANDED** for reconsideration in light of *Newman Development Group of Pottstown, LLC v. Genuardi's Family Markets, Inc.,* 2012 WL 4473281 (decided 9/28/2012).